IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

JANET L. KEEN,
      Plaintiff,

vs.

Case No. **17-CIV-349-RAW-KEW**

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,
      Defendant.

## ORDER

On March 8, 2019, Magistrate Judge West entered her Report and Recommendation in the above-referenced case, recommending that this court affirm the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ"), denying benefits to plaintiff [Docket No. 15]. No objection has been filed.

Upon full consideration of the entire record and the issues herein, this court finds that the Magistrate Judge's findings are supported by substantial evidence and the prevailing legal authority. The Magistrate Judge's recommendation to affirm the ALJ is well-supported.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's findings and order. The decision of the Secretary is affirmed.

ORDERED THIS 25th DAY OF MARCH, 2019.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE